IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | In Chapter 11 |
| | ) | |
| **ROBERT PICK,** | ) | No. 15 B 07812 |
| | ) | |
| Debtor. | ) | Judge Hollis |

## NOTICE OF MOTION

TO:    SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the 18th day of August, 2016, at the hour of 10:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **PAMELA S. HOLLIS,** Bankruptcy Judge, in the Courtroom usually assigned to her, Courtroom 644 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached Motion For Entry Of Final Decree, at which time and place you may appear, if you so see fit.

/s/Gina B. Krol
Cohen & Krol
105 W. Madison Street, Suite 1100
Chicago, Illinois 60602
312/368-0300

STATE OF ILLINOIS    )
                     )  SS
COUNTY OF C O O K    )

GINA B. KROL, being first duly sworn on oath, deposes and states that he served a copy of the foregoing Notice together with a copy of the Application attached hereto on the parties shown on the attached service list, by First Class U.S. Mail or through CM/ECF this 12th day of July, 2016.

/s/ Gina B. Krol

## **SERVICE LIST**

Office of the U.S. Trustee
- *Service by CM/ECF*


See Attached Service List
- *Service by First Class Mail*

```
Label Matrix for local noticing      2010-3 SFR Venture, LLC              2010-3 SFR Venture, LLC
0752-1                                Codilis and Associates, P.C.        c/o Codilis & Associates, P.C.
Case 15-07812                         15W030 N. Frontage Road, Suite 100  15W030 North Frontage Road, Suite 100
Northern District of Illinois         Burr Ridge, IL 60527-6921           Burr Ridge, IL 60527-6921
Chicago
Tue Jul 12 14:35:35 CDT 2016

MB Financial Bank, N.A.               U.S. Bankruptcy Court               2010-3 SFR Venture LLC
6111 N. River Road, 9th Floor         Eastern Division                    c/o Codilis & Associates
Rosemont, IL 60018-5111               219 S Dearborn                      15W030 N. Frontage Rd., Ste. 100
                                      7th Floor                           Willowbrook, IL 60527-6921
                                      Chicago, IL 60604-1702

American Express                      American Express Bank, FSB          American Express Centurion Bank
PO Box 981540                         Becket and Lee LLP                  Becket and Lee LLP
El Paso, TX 79998-1540                POB 3001                            POB 3001
                                      Malvern, PA 19355-0701              Malvern, PA 19355-0701

Bank of America                       Chase                               (p)INTERNAL REVENUE SERVICE
PO Box 851001                         Cardmember Service                  CENTRALIZED INSOLVENCY OPERATIONS
El Paso, TX 79998                     PO Box 15153                        PO BOX 7346
                                      Wilmington, DE 19886-5153           PHILADELPHIA PA 19101-7346

Department of the Treasury            Deutsche Bank National Trust Company Exxon
Internal Revenue Service              c/o Ocwen Loan Servicing LLC        PO Box 6404
P.O. Box 7346                         Attn: Bankruptcy Department         Sioux Falls, SD 57117-6404
Philadelphia, Pennsylvania 19101-7346 P.O. Box 24605
                                      West Palm Beach, FL 33416-4605

Illininois Department of Revenue      Illinois Department of Revenue      Internal Revenue Service
P.O. Box 19084                        Bankruptcy Section                  Mail Stop 5014CHI
Springfield, IL 62794-9084            P.O. Box 64338                      230 S. Dearborn Street, Room 2600
                                      Chicago, IL 60664-0338              Chicago, Illinois 60604-1705

MB Financial                          MB Financial Bank, NA               Ocwen Federal Bank
1200 N Ashland                        6111 N. River Road                  12650 Integrity Dr.
Chicago, IL 60622-2259                Rosemont, IL 60018-5111             Orlando, FL 32826

Ocwen Loan Servicing, LLC             Progressive Periodontics LLC        E. Philip Groben
C/O Potestivo & Associates, P.C       95 Trade Street                     Dale & Gensburg, P.C.
811 South Blvd, Suite 100             Suite 104                           200 West Adams St., Ste 2425
Rochester Hills, MI 48307-5359        Aurora, IL 60504-8296               Chicago, IL 60606-5251

Gina B Krol ESQ                       Joseph E Cohen                      Kenneth W. Kleppinger, Esquire
Cohen & Krol                          Cohen & Krol                        C/O Becket & Lee, LLP
105 West Madison Street #1100         105 West Madison Suite 1100         Po Box 3001
Chicago, IL 60602-4600                Chicago, IL 60602-4600              Malvern, PA 19355-0701

Patrick S Layng                       Robert Pick
Office of the U.S. Trustee, Region 11 840 W. Blackhawk #1912
219 S Dearborn St                     Chicago, IL 60642-2587
Room 873
Chicago, IL 60604-2027
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Department of the Treasury
Internal Revenue Service
Kansas City, MO 64999-0010

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)OCWEN LOAN SERVICING, LLC | (d)2010-3 SFR Venture, LLC<br>Codilis and Associates, P.C.<br>15W030 N. Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 | (u)Alan D. Lasko<br>Alan D. Lasko & Associates, Inc. |

End of Label Matrix
Mailable recipients    28
Bypassed recipients     3
Total                  31

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 11 |
| | ) | |
| **ROBERT PICK,** | ) | No. 15 B 07812 |
| | ) | |
| Debtor(s). | ) | |

## MOTION FOR ENTRY OF FINAL DECREE

TO THE HONORABLE **PAMELA S. HOLLIS**
    BANKRUPTCY JUDGE

Now comes ROBERT PICK, Debtor herein, and respectfully represents unto this Honorable Court as follows:

1.  That on March 5, 2015, the above-named Debtor filed the above-captioned Chapter 11 petition.

2.  That this Honorable Court entered an Order confirming the Debtor's Amended Plan of Reorganization on March 8, 2016.

3.  That the Debtor has made the initial distributions due under the Plan.

4.  That the Debtor has substantially complied with all of the terms contained in its confirmed Chapter 11 Plan.

5.  That pursuant to 11 U.S.C. Section 1141(d)(5), the Debtor shall not receive a discharge of his debts unless and until after notice and a hearing, this Court grants a discharge either (i) upon completion of all payments under the Plan pursuant to 11 U.S.C. section 1141(d)(5)(A) or (ii) prior to completion of all payments under the Plan, if the Debtor meets the requirements under 11 U.S.C. Section 1141 (d)(5)(B). In order to obtain a discharge, the Debtor will need to reopen the Bankruptcy Case.

WHEREFORE, ROBERT PICK, Debtor herein, prays for the entry of a Final Decree in this matter and an Order directing the Clerk of the United States Bankruptcy Court to close this case, and for such other and further relief as the Court shall deem proper.

        Respectfully submitted,

        ROBERT PICK,
        Debtor-in-Possession


        By: /s/Gina B. Krol
            One of Attorneys for
            Debtor-in-Possession

GINA B. KROL
Cohen & Krol
105 West Madison Street
Suite 1100
Chicago, Illinois 60602
(312) 368-0300