UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )   BK No.:   15-07812
ROBERT PICK, )
 )   Chapter:  11
 )
 )   Honorable Pamela S. Hollis
 )
 )
Debtor(s) )

## ORDER FOR ENTRY OF FINAL DECREE

THIS CAUSE COMES ON TO BE HEARD upon the Motion of ROBERT PICK, Debtor herein, for Entry of a Final Decree, due notice having been given to all parties in interest and the Court being fully advised,

IT IS HEREBY ORDERED that pursuant to 11 U.S.C. Section 1141(d)(5), the Debtor shall not receive a discharge of his debts unless and until, after notice and a hearing, this Court grants a discharge either (i) upon completion of all payments under the confirmed plan pursuant to 11 U.S. C. Section 1141 (d)(5)(A) or (ii) prior to completion of all payments under the confirmed plan, if the Debtor meets the requirements under 11 U.S.C. Section 1141 (d)(5)(B). In order to obtain a discharge, the Debtor will need to reopen the Bankruptcy Case, and

IT IS FURTHER ORDERED that a Final Decree is entered in this matter and that the Clerk of the United States Bankruptcy Court is directed to close this case.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  August 18, 2016

**Prepared by:**

GINA B. KROL
COHEN & KROL
105 W. Madison Street
Suite 1100
Chicago, IL 60602